No. 477. PHILLIPS PETROLEUM Co. *v.* IOWA ET AL. Appeal from the Supreme Court of Iowa. Decided October 25, 1937. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of a substantial federal question. *Monamotor Oil Co.* v. *Johnson*, 292 U. S. 86, 93, 94; *Wiloil Corp.* v. *Pennsylvania*, 294 U. S. 169, 175; *Henneford* v. *Silas Mason Co.*, 300 U. S. 577, 582, 583. MR. JUSTICE ROBERTS took no part in the consideration or decision of this case. *Messrs. Donald Evans* and *William F. Riley* for appellant. *Messrs. Clair E. Hamilton* and *Leon W. Powers* for appellees.

No. 17. TEXAS & NEW ORLEANS R. Co. ET AL. *v.* NEILL ET AL. Certiorari, 301 U. S. 674, to the Court of Civil Appeals, 4th Supreme Judicial District, of Texas. Argued October 19, 20, 1937. Decided October 25, 1937. *Per Curiam:* As it appears, upon hearing argument, that the only substantial question involved is one of practice under the laws of the State, the writ of certiorari is dismissed. *Mr. Harper Macfarlane*, with whom *Mr. W. L. Matthews* was on the brief, for petitioners. *Mr. H. C. Carter* for respondents.